IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:CR-01-131-02 |
| **v.** | : |
| **JULIAN D. ARTHUR** | : |

## ORDER APPOINTING COUNSEL

**IT IS HEREBY ORDERED THAT** Attorney David Kluz, 212 Locust Street, Suite 500, Harrisburg, PA 17101, telephone (717) 238-8183, is appointed as counsel to represent Defendant in the captioned case. The Clerk of Court shall prepare the appointment paperwork and send it as soon as possible to Attorney Kluz.

                                                           s/Sylvia H. Rambo
                                                           Sylvia H. Rambo
                                                           United States District Judge

Dated: March 5, 2007.