IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**NOTICE**

**United States of America**                CASE NUMBER: 1:01-CR-0131-02

                 vs.

Julian David Arthur

TYPE OF CASE: Criminal

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

Place: U.S. District Court        *Date and Time: December 13, 2007 @ 10:00 AM
      Courtroom #3
      228 Walnut Street
      8th Floor, Federal Building
      Harrisburg, PA. 17101

Type of Proceeding: Arraignment/Initial Appearance/Guilty Plea

Date: November 14, 2007                    /s/ Mark J. Armbruster
                                                            Deputy Clerk

CC:   Judge Sylvia H. Rambo
      David Kluz, Esq.
      Christy Fawcett, AUSA
      U.S. Marshal
      Federal Probation
      Wendy Yinger, Rptr.

*Counsel is requested to arrive prior to the scheduled time should there be a need to speak with his/her client. Every attempt is made to start proceedings on time.