IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**NOTICE**

**United States of America**                    CASE NUMBER: 1:01-CR-0131-02

            vs.

Julian David Arthur

TYPE OF CASE: Criminal

TAKE NOTICE that a proceeding in this case has been rescheduled for the place, date and time set forth below:

Place:  U.S. District Court                    ***Date and Time: January 10, 2008 @ 11:00 AM**
       Courtroom #3                         (Previously scheduled for 12/13/08)
       228 Walnut Street
       8th Floor, Federal Building
       Harrisburg, PA. 17101

Type of Proceeding: Arraignment/Initial Appearance/Guilty Plea

Date: November 29, 2007                    /s/ Mark J. Armbruster
                                                                    Deputy Clerk

CC:  Judge Sylvia H. Rambo
      David Kluz, Esq.
      Christy Fawcett, AUSA
      U.S. Marshal
      Federal Probation
      Wendy Yinger, Rptr.

*Counsel is requested to arrive prior to the scheduled time should there be a need to speak with his/her client. Every attempt is made to start proceedings on time.