IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## NOTICE

**United States of America**                          CASE NUMBER: 1:01-CR-0131-02

                              vs.

Julian David Arthur


TYPE OF CASE: Criminal


TAKE NOTICE that a proceeding in this case has been rescheduled for the place, date and time set forth below:


Place: U.S. District Court                    **\*Date and Time: December 27, 2007 @ 3:00 PM**
       Courtroom #3                               **Previously set for January 10, 2008**
       228 Walnut Street
       8th Floor, Federal Building
       Harrisburg, PA. 17101


Type of Proceeding: Arraignment/Initial Appearance/Guilty Plea


Date: December 7, 2007                         /s/ Mark J. Armbruster
                                                    Deputy Clerk


CC:   Judge Sylvia H. Rambo
      David Kluz, Esq.
      Christy Fawcett, AUSA
      U.S. Marshal
      Federal Probation
      Wendy Yinger, Rptr.


*Counsel is requested to arrive prior to the scheduled time should there be a need to speak with his/her client. Every attempt is made to start proceedings on time.