IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:01-CR-0131-02 |
| v. | : | |
| JULIAN DAVID ARTHUR | : | |

P L E A

AND NOW, this 27th day of December, 2007, the defendant, JULIAN DAVID ARTHUR, hereby pleads Guilty to Count-1 of the Indictment .

_____
(Signature of Defendant)

_____
(Signature of Counsel)