AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | CASE NUMBER: 1:CR-01-131-02 |
| | Judge Sylvia H. Rambo |
| JULIAN DAVID ARTHUR, a/k/a BRIAN McNAIR. | |

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest  JULIAN DAVID ARTHUR, a/k/a BRIAN McNAIR, 115 The Esplande, Toronto, Ontario, Canada M5E 1Y7

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with Conspiracy, Mail and Wire Fraud

**FILED**
HARRISBURG, PA
JAN 1 5 2008
MARY E. D'ANDREA, CLERK
Per _____

in violation of Title **18** United States Code, Section(s) **371, 1341, 1343**

| Mary E. D'Andrea | Clerk, U.S. District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | April 11, 2001 at Harrisburg, PA |
| Signature of Deputy Clerk | Date and Location |

Bail fixed at $ _____  by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4-11-01 | Mike Aleman | [signature] |
| DATE OF ARREST | DUSM | |
| 12/21/07 | | |