IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

# NOTICE

**United States of America**                           CASE NUMBER: 1:01-CR-0131-02

vs.

**Julian David Arthur**

TYPE OF CASE: Criminal

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

Place:  U.S. District Court                 **Date and Time: April 24, 2008 @ 11:00 AM
        Courtroom #3
        228 Walnut Street
        8th Floor, Federal Building
        Harrisburg, PA. 17101

Type of Proceeding: *Sentencing

Date:  March 19, 2008                       /s/ Mark J. Armbruster
                                                Deputy Clerk

CC:    Judge Sylvia H. Rambo
       David Kluz, Esq.
       Christy Fawcett, AUSA
       U.S. Marshal
       Federal Probation
       Wendy Yinger, Rptr.

*All sentencing memoranda must be filed no later than five (5) business days prior to the date scheduled for the sentencing proceeding.

**Counsel is expected to arrive prior to the scheduled time should there be a need to speak with his/her client. Every attempt is made to start proceedings on time. Thank You